IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| INTERNATIONAL RISK RESOURCES, LLC, | : : : : : : : : : : : | |
| Plaintiff, | | |
| v. | | CIVIL ACTION NO. 1:19-CV-2441-LMM |
| BLUESTONE INDUSTRIES, INC., | | |
| Defendant. | | |

## ORDER

This case comes before the Court on a *sua sponte* review. On May 29, 2019, Randy Savage filed this action *pro se* purportedly on behalf of Plaintiff International Risk Resources, LLC. Under the Local Rules of this Court, Plaintiff as a limited liability corporation is required to be represented by counsel. Plaintiff International Risk Resources is **ORDERED** to obtain counsel within 21 days of this Order. LR 83.1E(2)(b)(I) & 83.1E(4), NDGa. If Plaintiff cannot obtain counsel within the time required, it should file a motion for extension of time with the Court, advising the Court whether the other party consents to the extension and why the extension is required. Plaintiff is **ADVISED** that the failure to comply with this order may result in the imposition of sanctions, including dismissal. See id.

The Clerk is **DIRECTED** to resubmit this matter to the undersigned in 22 days. This case **WILL BE DISMISSED** if Plaintiff does not timely respond to this motion without otherwise obtaining Court leave to respond at a later time.[1]

**IT IS SO ORDERED** this 31st day of May, 2019.

_____
Leigh Martin May
United States District Judge

---

[1] As Plaintiff is currently *pro se*, the Court provides further direction. The obligation to obtain counsel is independent of Plaintiff's obligation to properly plead diversity, which was show caused under a separate order. Plaintiff must correct **both deficiencies** if it wishes to maintain this action in federal court.