IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

INTERNATIONAL RISK
RESOURCES, LLC,

        Plaintiff,

v.

BLUESTONE INDUSTRIES, INC.,

        Defendant.

        CIVIL ACTION NO.
        1:19-CV-2441-LMM

## ORDER

This case comes before the Court on a *sua sponte* review. On May 29, 2019, Randy Savage filed this action *pro se* purportedly on behalf of Plaintiff International Risk Resources, LLC. On May 31, 2019, this Court advised Mr. Savage that he could not file this action *pro se* on behalf of the LLC. To date, counsel has not appeared.

Under the Local Rules of this Court, Plaintiff as a limited liability corporation is required to be represented by counsel. Plaintiff International Risk Resources is **ORDERED** to obtain counsel by July 22, 2019. LR 83.1E(2)(b)(I) & 83.1E(4), NDGa. If Plaintiff cannot obtain counsel within the time required, it should file a motion for extension of time with the Court, advising the Court whether the other party consents to the extension and why the extension is required. Plaintiff is **ADVISED** that the failure to comply with this order may result in the imposition of sanctions, including dismissal. See id.

The Clerk is **DIRECTED** to resubmit this matter to the undersigned on July 23, 2019. This case **WILL BE DISMISSED** if Plaintiff does not timely respond to this motion without otherwise obtaining Court leave to respond at a later time.[1]

**IT IS SO ORDERED** this 1st day of July, 2019.

Leigh Martin May
**United States District Judge**

---

[1] As Plaintiff is currently *pro se*, the Court provides further direction. The obligation to obtain counsel is independent of Plaintiff's obligation to properly plead diversity, which was show caused under a separate order. Plaintiff must correct **both deficiencies** if it wishes to maintain this action in federal court.