# Exhibit "A"

# AMERICAN ARBITRATION ASSOCIATION

In the Matter of the Arbitration between:

Case Number: 01-18-0000-1938

International Risk Resources, LLC, Claimant
-vs-
Bluestone Industries, Inc., Respondent

## DISPOSITION OF APPLICATION FOR MODIFICATION OF AWARD

I, George C. Reid, THE UNDERSIGNED ARBITRATOR, having been designated in accordance with the arbitration agreement entered into by and between the above-named Parties, said with agreement being effective December 31, 2007, and having been duly sworn, and the oral hearings having been waived in accordance with the Rules, and having fully reviewed and considered the written documents submitted to me by Claimant, International Risk Resources, LLC (hereinafter "Claimant"), and Respondent, Bluestone Industries, Inc. (hereinafter "Respondent") having failed to submit documents after due notice by mail in accordance with the Rules, and having previously rendered an Award dated May 21, 2018, and Claimant having filed an application for Modification dated May30, 2018, and Respondent having failed to respond to said application after due notice, do hereby, DECIDE, as follows:

This matter was conducted in accordance with the Commercial Arbitration Rules ("Rules") of the American Arbitration Association. Rule R-50 of the Rules allows for modification of the award only for clerical, typographical, or computational errors. The Rules do not allow the arbitrator to re-determine the merits of any claim already decided.

I hereby CORRECT the following clerical/typographical/mathematical errors:

The last sentence of the third paragraph of the Award is deleted and in lieu thereof the following sentence is inserted: "The unpaid invoices as of the date of this arbitration totaled $80,224.09"

The following sentence thereafter reading "Respondent shall pay Claimant for services rendered, the sum of Seventy Thousand Five Hundred Three Dollars and Thirty-Six cents ($70,503.36")" is deleted and in lieu thereof the following sentence is inserted: "Respondent shall pay Claimant for services rendered the sum of Eighty Thousand Two Hundred Twenty-Four Dollars and Nine Cents ($80,224.09).

In all other respects, my Award dated May 21, 2018, is reaffirmed and remains in full force and effect.

6/1/18
Date

George C. Reid, Arbitrator

# AMERICAN ARBITRATION ASSOCIATION
## Commercial Arbitration Tribunal

In the Matter of the Arbitration between:  Case Number: 01-18-0000-1938

**International Risk Resources, LLC** (Claimant)

-vs-

**Bluestone Industries, Inc.** (Respondent)

## AWARD OF ARBITRATOR

I, THE UNDERSIGNED ARBITRATOR, having been designated in accordance with the arbitration agreement entered into by the parties, and effective December 31, 2007, and having been duly sworn and the oral hearings having been waived in accordance with the Rules, and having fully reviewed and considered the written documents submitted to me by Claimant, International Risk Resources, Ltd. (hereinafter "Claimant") and Respondent, Bluestone Industries, Inc. (hereinafter "Respondent") having failed to submit documents after due notice by mail in accordance with the Rules, hereby AWARD as follows:

Claimant is in the business, among other things, of providing insurance claims adjustment services. Pursuant to a written contract effective December 31, 2007, Respondent retained Claimant to provide such services including the investigation, adjustment, and settlement of various insurance claims. The agreement between the parties set forth a detailed fee schedule which established the compensation due Claimant for the required services.

The evidence provided by Claimant conclusively demonstrates that Claimant undertook, and in fact performed, a wide variety of claims adjustment services for Respondent. This work extended over many years but commencing in mid-2016 Respondent became delinquent in making payment to Claimant. These delinquencies continued throughout the remainder of 2016 and through the end of 2017. The unpaid invoices as of the date of this arbitration totaled $70,503.36.

Claimant filed this proceeding to recover the amount due under its agreement with Respondent. Claimant presented detailed documentation of each invoice in issue and the date it was due for payment. No evidence was submitted by Respondent to contest any of Claimant's allegations.

Accordingly, I AWARD as follows:

Claimant is the prevailing party in this matter.

Respondent shall pay Claimant for services rendered, the sum of Seventy Thousand Five Hundred Three Dollars and Thirty-Six Cents ($70,503.36).

Commencing on the 31st day after the date of this Award, the amount awarded herein shall bear interest at the rate provided by Georgia law on judgments.

The administrative fees and expenses of the American Arbitration Association totaling Seven Hundred Fifty Dollars and Zero Cents ($750.00) shall be borne as incurred by the claimant. The compensation and expenses of the arbitrator totaling One Thousand Dollars and Zero Cents ($1,000.00) shall be borne as incurred, divided equally between the claimant and the respondent.

The above sums are to be paid on or before 30 days from the date of this Award.

This Award is in full settlement of all claims and counterclaims submitted to this Arbitration. All claims not expressly granted herein are hereby denied.

This Award may be executed in any number of counterparts, each of which shall be deemed an original, and all of which shall constitute together one and the same instrument.

I, George C Reid, do hereby affirm upon my oath as Arbitrator that I am the individual described in and who executed this instrument which is my Award.

5/21/18
Date

George C Reid