UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF
GEORGIA ATLANTA DIVISION

| | |
|---|---|
| International Risk Resources, LLC,<br><br>                Plaintiff,<br><br>vs.<br><br>Bluestone Industries, Inc.,<br><br>                Defendant. | CIVIL ACTION FILE<br><br>NO.  1:19-cv-2441-LMM |

## J U D G M E N T

This action having come before the court, Honorable Leigh M. May, United States District Judge, for consideration of Plaintiff's Motion for Order to Confirm Arbitration Award, and the court having Granted said motion, it is

**Ordered and Adjudged** that the plaintiff recover 80,724.09. plus interest of 7.75% per annum from July 2, 2018 until the Arbitration Award is paid.

Dated at Atlanta, Georgia, this 13th day of April, 2020.

JAMES N. HATTEN
CLERK OF COURT

By:  K. Thornton
      Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
April 13, 2020
James N. Hatten
Clerk of Court

By: _____
      Deputy Clerk